UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MATTHEW GAZDA**<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:13-cv-12246-DJC |
| **RETRIEVAL MASTERS CREDITORS BUREAU, INC.**<br>    Defendant, | )<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated:  November 25, 2013

                                                                                                    RESPECTFULLY SUBMITTED:

                                                                                                    /s/ Kevin V. K. Crick
                                                                                                    Kevin V. K. Crick, Esq.
                                                                                                    Consumer Rights Law Firm, PLLC
                                                                                                    231 Sutton St., Suite 1A
                                                                                                    North Andover, MA 01845
                                                                                                    Phone: (978) 420-4747
                                                                                                    Fax: (978) 409-1846
                                                                                                    Email:  kevinc@consumerlawfirmcenter.com
                                                                                                    Attorney for Plaintiff

**PROOF OF SERVICE**

      I hereby certify that on November 25, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                      /s/ Kevin V. K. Crick, Esq.