UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MATTHEW GAZDA**


**v.**                                                **CIVIL ACTION NO. 13-12246-DJC**


**RETRIEVAL MASTERS CREDITORS
BUREAU, INC.**


## SETTLEMENT ORDER OF DISMISSAL


CASPER, D.J.


     The Court having been advised by counsel for the parties that  the above-entitled action has

been settled;

     IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without

prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement

is not consummated.


November 25, 2013

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk